# Court of Appeals
# of the State of Georgia

ATLANTA,   September 02, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2045.  ABDULLAH M. RASHEED v. THE STATE.**

Abdullah M. Rasheed was convicted of numerous offenses, including armed robbery and aggravated assault, and his convictions were affirmed on appeal.  See *Rasheed v. State*, Case Number A02A0524, decided April 25, 2002.  He has subsequently filed multiple pro se motions attacking his convictions, all of which have been denied. In his most recent motion, "Motion for Recomputation," Rasheed contended that because all of the offenses arose from the same incident, he should not have been convicted of multiple offenses and subjected to consecutive sentences. The trial court denied the motion, and Rasheed filed this appeal.

Although Rasheed's motion purported to challenge his sentence, he did not raise a colorable void-sentence claim.  See *Von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013) ("Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides."). Because Rasheed did not contend that his sentence is longer than the law allows, he did not raise a valid void-sentence claim.  Instead, he once again challenged his convictions.  As we have repeatedly advised Rasheed, a post-conviction motion seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial of such a motion must be dismissed.  See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010). Accordingly, this appeal is hereby DISMISSED.

Finally, we note that, given our dismissals of Rasheed's prior appeals, the

instant appeal is essentially frivolous. OCGA § 42-12-7.2 provides:

> In no event shall a prisoner file any action in forma pauperis in any court of this state if the prisoner has, on three or more prior occasions while he or she was incarcerated or detained in any facility, filed any action in any court of this state that was subsequently dismissed on the grounds that such action was frivolous or malicious, unless the prisoner is under imminent danger of serious physical injury.

We thus caution Rasheed that if he continues to file such motions, he may find all future claims barred by OCGA § 42-12-7.2.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____09/02/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*